### CHICAGO, R. I. & P. RY. CO. v. MOORE.

No. 5583. Opinion Filed November 23, 1915.

(152 Pac. 616.)

*Error from County Court, Coal County;*
*P. E. Wilhelm, Judge.*

Action by C. O. Moore against the Chicago, Rock Island & Pacific Railway Company. From the judgment, the Railway Company brings error. Dismissed.

*C. O. Blake,* for plaintiff in error.

Opinion by BREWER, C. It appearing that a stipulation has been filed herein, in which it is recited that the judgment of the trial court, from which this appeal is prosecuted, has been fully satisfied, by the payment of $125, this cause is therefore dismissed at the cost of plaintiff in error, as per stipulation filed.

By the Court: It is so ordered.